IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE R. FIDELL<br>9 Church St., P.O. Box 202<br>Stockbridge, MA 01262,<br><br>      *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE<br>1670 Air Force Pentagon<br>Washington, DC 20330-1670,<br><br>    and<br><br>U.S. COAST GUARD<br>1790 Ash St., S.E.<br>Washington, DC 20032,<br><br>      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
(Freedom of Information Act)

1. This is an action to compel the release of agency records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

Parties

2. Plaintiff, a member of the Court's bar, resides at the address stated in the caption.

3. Defendants are federal agencies.

Venue

4. Venue is proper because plaintiff resides in the District of Massachusetts.

1

Facts

5. Rule for Courts-Martial (R.C.M.) 502(c)(3) is part of the Manual for Courts-Martial, an executive order with the force of law. It provides:

   A person assigned for duty as a military judge shall serve as a military judge for a term of not less than three years, subject to such provisions for reassignment as may be prescribed in regulations issued by the Secretary concerned.

6. R.C.M. 1203(a) provides:

   Each Judge Advocate General shall establish a Court of Criminal Appeals composed of appellate military judges who shall serve for a tour of not less than three years, subject to such provision for reassignment as may be prescribed in regulations issued by the Secretary concerned.

7. On August 11, 2025, plaintiff sent electronic FOIA requests to each defendant seeking "all records that state the specific start-date and end-date for the judicial term of office" of each current general court-martial judge and each current judge of their respective Court of Criminal Appeals. The requests covered both active and reserve component judges.

8. Defendants have not released any records in response to plaintiff's requests.

9. The period prescribed by FOIA for agency action on plaintiff's requests has expired.

Cause of Action

10. Paragraphs 1-9 are incorporated herein.

11. Defendants have not performed their duty under FOIA.

Prayer

WHEREFORE plaintiff requests that a judgment enter declaring that defendants have violated FOIA, directing them to conduct the necessary searches and furnish all responsive records to him, and awarding such other and further relief as may in the circumstances be just and proper.

Respectfully submitted,

/s/ Eugene R. Fidell
Eugene R. Fidell (BBO 164300)
9 Church St., P.O.B. 202
Stockbridge, MA 01262
efidell@gmail.com
(202) 256-8675 (mobile)

Serve:

Attorney General of the United States
U.S. Attorney for the District of Massachusetts
Secretary of the Air Force
Commandant, U.S. Coast Guard